# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JULIO CALCORZI
*individually and on behalf of*
*all those similarly situated,*

      **Plaintiff,**

v.

LVNV FUNDING LLC,

      **Defendant.**

_____/

## CLASS ACTION COMPLAINT

Plaintiff Julio Calcorzi ("Plaintiff"), *individually and on behalf of all those similarly situated*, sues Defendant LVNV Funding LLC ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA").

## JURISDICTION AND VENUE

1.    This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the FDCPA.

2.    This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Sarasota County, Florida.

3.    Venue of this action is proper in this Court because the cause of action alleged below arose in Sarasota County, Florida.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

4.    Plaintiff is a natural person, and a citizen of the State of Florida, residing in Sarasota County, Florida.

5.    Defendant is a Delaware Limited Liability Company, with its principal place of business located in Greenville, South Carolina.

## DEMAND FOR JURY TRIAL

6.    Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

7.    On a better date know by Defendant, Defendant began attempting to collect an alleged debt from Plaintiff (the "Consumer Debt").

8.    The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the creditor of the Consumer Debt and Plaintiff (the "Subject Service").

9.    The Subject Service was primarily for personal, family, or household purposes.

10.    Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

11.    Defendant is a business entity engaged in the business of collecting consumer debts.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

12.    Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another.

13.    As such, Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

14.    Defendant's "Consumer Collection Agency" license number is CCA9902540.

## The Communications

15.    On a better date know by Defendant, Defendant began attempting to collect on the Consumer Debt via a collection communication(s) (the "Initial Collection Communication").

16.    On or about July 22, 2025, Plaintiff sent Defendant a cease and desist letter, requesting Defendant to stop contacting Plaintiff.

17.    The "Cease and Desist Letter" is attached as "Exhibit A."

18.    Upon information and belief, the Cease and Desist Letter was delivered on July 28, 2025.

19.    Upon receipt of the Cease and Desist Letter, Defendant knew that it could not communicate with Plaintiff directly in connection with the collection of the Consumer Debt.

20.    On or about October 3, 2025, despite knowing that Plaintiff had requested Defendant to stop contacting him, Defendant sent Plaintiff another

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

collection communication in attempts to collect the Consumer Debt (the "Subsequent Collection Communication").

21.    The Subsequent Collection Communication are attached as "Exhibit B".

22.    The Subsequent Collection Communication stated: "Hayt, Hayt & Landau, P.L. is a debt collector. We are trying to collect a debt that you owe to LVNV Funding LLC. We will use any information you give us to help collect the debt. …"

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692c(c)
### *(For Plaintiff and the FDCPA Class)*

23.    Plaintiff, individually and on behalf of the FDCPA Class, incorporates by reference paragraphs 7-22 of this Class Action Complaint as though fully stated herein.

24.    Pursuant to 15 U.S.C. § 1692c(c), "if a consumer notifies a debt collector in writing that the consumer wishes the debt collector to *cease further communication* with the consumer,  the debt collector *shall not communicate further* with the consumer with respect to such debt"  (emphasis added).

25.    On or about July 22, 2025, Defendant was notified in writing through the Cease and Desist Letter that Plaintiff requested Defendant to stop contacting him with respect to the debt.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

26.     The Stop Request: "This letter serves as my formal request for your company to cease all communications with me."

27.     Defendant knew Plaintiff requested Defendant to stop contacting Plaintiff. Despite knowing this, Defendant communicated and/or contacted Plaintiff, by and through the Subsequent Collection Communication, in connection with the collection of the Consumer Debt.

28.     Accordingly, Defendant violated 15 U.S.C. § 1692c(c) by communicating directly with Plaintiff in connection with the collection of the Consumer Debt via the Subsequent Collection Communication.

29.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

   (a)    Determine this action is proper class action under Federal Rules of Civil Procedure;

   (b)    Statutory damages as provided by 15 U.S.C. §1692k;

   (c)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k; and

   (d)    Any other relief that this Court deems appropriate under the circumstances.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: December 11, 2025

Respectfully Submitted,

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com
*Lead Counsel for Plaintiff*
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com